IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| BADER FARMS, INC. and BILL BADER, | ) ) ) |
| Plaintiffs, | ) MDL No. 1:18-md-02820-SNLJ |
| v. | ) ) Indiv. Case No. 1:16-cv-00299-SNLJ |
| MONSANTO COMPANY and BASF CORPORATION, | ) ) ) |
| Defendants. | ) |

## JOINT STIPULATION REGARDING MONSANTO COMPANY'S NET WORTH

Defendant Monsanto Company ("Monsanto") and Plaintiff Bader Farms, Inc., by counsel, stipulate the following regarding Monsanto's financial condition:[1]

1. Monsanto's net worth in 2017 was $6.5 billion;

2. Monsanto's net worth in 2018 was $7.8 billion.

---

[1] Monsanto moved to exclude all evidence of, or argument characterizing, its financial condition. ECF #301 at 15-16. The Court denied the motion to exclude that evidence and held that evidence of Monsanto's net worth was admissible for punitive damages. *See* 1/24/20 Hearing Tr. at 69:18-70:9. By submitting this stipulation, Monsanto does not waive its argument that evidence of its financial condition is irrelevant and should be excluded.

1

Respectfully Submitted,

BRYAN CAVE LEIGHTON PAISNER LLP

By: /s A. Elizabeth Blackwell

    A. Elizabeth Blackwell, # 50270MO
    One Metropolitan Square
    211 North Broadway, Suite 3600
    St. Louis, Missouri 63102
    Tel : (314) 259-2000
    Fax : (314) 259-2020
    Liz.Blackwell@bclplaw.com

    THOMPSON COBURN
    Christopher M. Hohn, #44124MO
    Jan Paul Miller, #58112MO
    Daniel C. Cox, #38902MO
    Jeffrey A. Masson, #60244MO
    One US Bank Plaza
    St. Louis, Missouri 63101
    314-552-6000
    FAX 314-552-7000
    chohn@thompsoncoburn.com
    jmiller@thompsoncoburn.com
    dcox@thompsoncoburn.com
    jmasson@thompsoncoburn.com

***Attorneys for Defendant Monsanto Company***

    By: /s/ Beverly Randles
    RANDLES & SPLITTGERBER, LLP
    Billy R. Randles, #40928MO
    Beverly T. Randles, #48671MO
    Angela M. Splittgerber, #53271MO
    5823 N. Cypress Ave.
    Kansas City, Missour 64119
    (816) 744-4779
    bill@randleslaw.com
    bev@randleslaw.com
    angie@randleslaw.com

Brett A. Davis, #43299MO
Tracey F. George, #52361MO
L. Benjamin Mook, #49821MO
DAVIS GEORGE MOOK LLC
1600 Genessee, Ste. 328
Kansas City, MO 64102
Tel. (816) 569-2629
Fax (816) 447-3939
brett@dgmlawyers.com
tracey@dgmlawyers.com
ben@dgmlawyers.com

***Attorneys for Plaintiff***

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | |
|---|---|
| BADER FARMS, INC. and BILL BADER, ) ) ) Plaintiffs, ) ) v. ) ) MONSANTO COMPANY and BASF Corporation, ) ) ) Defendants. ) | MDL No. 1:18-md-02820-SNLJ<br><br>Indiv. Case No. 1:16-cv-00299-SNLJ |

## DECLARATION OF MELANIE SCHMITZ

1. My name is Melanie Schmitz. I am the Accounting Business Partner for U.S. Crop Science for Bayer U.S. LLC, formerly known as Monsanto Company, and am aware and have personal knowledge of the facts regarding the matters reflected below.

2. I am familiar with the audited financial statements for Monsanto Company, the most recent of which is dated February 28, 2018.

3. Based on my review of the most recent audited financial statements for Monsanto Company, its net worth in 2017 was $6.5 billion.

4. Based upon my review of the most recent audited financial statements for Monsanto Company, its net worth in 2018 was $7.8 billion.

*Melanie Schmitz* [signature]
Melanie Schmitz, Accounting Business
Partner for U.S. Crop Science