# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### SOUTHEASTERN DIVISION

| | |
|---|---|
| **BADER FARMS, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | )   MDL No. 1:18-md-02820-SNLJ |
| v. | ) |
| | )   Indiv. Case No. 1:16-cv-00299-SNLJ |
| **MONSANTO COMPANY and** | ) |
| **BASF Corporation,** | ) |
| | ) |
| **Defendants.** | ) |

## BASF CORPORATION'S NOTICE OF APPEAL

Notice is hereby given that Defendant BASF Corporation hereby appeals to the United States Court of Appeals for the Eighth Circuit from the amended judgment entered in this action on November 25, 2020 [Dkt. No. 646] as well as any and all appealable underlying orders and rulings adverse to it resolved by that final judgment.

Respectfully submitted,

Dated:  December 17, 2020                          FAEGRE DRINKER BIDDLE & REATH LLP

                                                                  By: /s/ John P. Mandler
                                                                      John P. Mandler (194438MN)
                                                                      Anthony W. Finnell, Jr. (admitted *pro hac vice*)
                                                                       2200 Wells Fargo Center
                                                                       90 South Seventh Street
                                                                       Minneapolis, MN 44502
                                                                       Telephone: (612) 766-7000
                                                                       Fax: (612) 766-1600
                                                                       john.mandler@faegredrinker.com
                                                                       anthony.finnell@faegredrinker.com

Ross W. Johnson (admitted *pro hac vice*)
Martin J. Demoret (admitted *pro hac vice*)
Carolyn A. Gunkel (admitted *pro hac vice*)
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
Telephone: (515) 248-9000
Facsimile: (515) 248-9010
ross.johnson@faegredrinker.com
martin.demoret@faegredrinker.com
carolyn.gunkel@faegredrinker.com

Tarifa B. Laddon (admitted *pro hac vice*)
11766 Wilshire Blvd., Suite 750
Los Angeles, CA 90025
Telephone: (310) 500-2090
Facsimile: (310) 500-2094
tarifa.laddon@faegredrinker.com

HEPLERBROOM LLC
Troy A. Bozarth – 5209515
Thomas J. Magee – 32871MO
Charles N. Insler – 58623MO
One Metropolitan Square
211 North Broadway, Suite 2700
St. Louis, MO 63102
Telephone: (314) 241-6160
Facsimile: (314) 241-6116

***Attorneys for BASF Corporation***

**CERTIFICATE OF SERVICE**

      I certify that on December 17, 2020, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the all counsel of record registered to receive electronic Notices of Electronic Filing generated by CM/ECF.

      */s/ John P. Mandler*