IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| **BADER FARMS, INC.,** | ) |
| | ) |
| Plaintiff, | ) MDL No. 1:18-md-02820-SNLJ |
| v. | ) |
| | ) Indiv. Case No. 1:16-cv-00299- |
| **MONSANTO COMPANY and** | ) SNLJ |
| **BASF CORPORATION,** | ) |
| | ) |
| Defendants. | ) |

**MONSANTO COMPANY'S NOTICE OF APPEAL**
**TO THE UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT**

Notice is hereby given that Monsanto Company ("Monsanto"), defendant in the above-captioned action, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the final judgment entered in this action on November 25, 2020 (ECF No. 646, Amended Judgment), the Memorandum and Order entered on November 25, 2020 (ECF No. 645), the judgment entered on February 28, 2020 (ECF No. 573), and all other orders, rulings, docket entries, or judgments, whether set forth in a document, transcript, docket entry, or elsewhere, that affected, serve as predicates for, or led up to and are merged or subsumed in either the final judgment or the other above-referenced orders and judgment, and any and all other adverse orders, rulings, or docket entries of any kind or nature in this action.

1

Dated:  December 17, 2020

Respectfully Submitted,

BRYAN CAVE LEIGHTON PAISNER LLP

By: */s/ A. Elizabeth Blackwell*
    A. Elizabeth Blackwell, # 50270MO
    One Metropolitan Square
    211 North Broadway, Suite 3600
    St. Louis, Missouri  63102
    Tel : (314) 259-2000
    Fax : (314) 259-2020
    Liz.Blackwell@bclplaw.com

    THOMPSON COBURN LLP
    Christopher M. Hohn, #44124MO
    Jan Paul Miller, #58112MO
    Jeffrey A. Masson, #60244MO
    Sharon B. Rosenberg #54598MO
    One US Bank Plaza
    St. Louis, Missouri  63101
    Tel: (314) 552-6000
    Fax: (314) 552-7000
    chohn@thompsoncoburn.com
    jmiller@thompsoncoburn.com
    jmasson@thompsoncoburn.com
    srosenberg@thompsoncoburn.com

    SIDLEY AUSTIN LLP
    Jonathan F. Cohn
    1501 K Street, N.W.
    Washington, D.C. 20005
    Tel: (202) 736-8000
    Fax: (202) 736-8711
    jfcohn@sidley.com

***Attorneys for Defendant Monsanto Company***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 17th day of December, 2020, the foregoing was filed electronically via the ECF/CM system with the Clerk of Court which will serve Notice of Electronic Filing upon all counsel of record via electronic mail.

                                            */s/ A. Elizabeth Blackwell*