# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 20-3663

John S. Hahn, Special Master

Bader Farms, Inc.

Appellee

Bill Bader

v.

Monsanto Company

BASF Corporation

Appellant

------------------------------

American Seed Trade Association, Incorporated, et al.

Amici on Behalf of Appellant(s)


No: 20-3665

John S. Hahn, Special Master

Bader Farms, Inc.

Appellee

Bill Bader

v.

Monsanto Company

Appellant

BASF Corporation

------------------------------

American Seed Trade Association, Incorporated, et al.

Amici on Behalf of Appellant(s)

---

Appeal from U.S. District Court for the Eastern District of Missouri - Cape Girardeau
(1:16-cv-00299-SNLJ)

---

### ORDER

Appellee's motion to vacate is hereby ordered taken with the case for consideration by the panel to which this case is submitted for disposition on the merits.

The motion to file an overlength brief is denied.

April 06, 2021

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
         /s/ Michael E. Gans