# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| BADER FARMS, INC., | ) |
|  | )  MDL No. 1:18-md-02820-SNLJ |
| Plaintiff, | ) |
|  | )  Indiv. Case No. 1:16-cv-00299-SNLJ |
| v. | ) |
|  | ) |
| MONSANTO COMPANY and | ) |
| BASF Corporation, | ) |
|  | ) |
| Defendants. | ) |

## MEMORANDUM and ORDER

This matter is before the Court on plaintiff's amended bill of costs [#658, #659] following judgment in its favor after a jury trial. Plaintiff's initial bill of costs sought over $600,000. Both defendants objected and suggested a reduction to around $19,000 was required. This Court sustained many of the objections and ordered plaintiff to file an amended bill of costs. Plaintiff did so. The amended bill of costs seeks a total of $48,452.58. Plaintiff notes that, with respect to the costs of deposing its expert Dr. Guenthner, if the Court believes the entire lunch hour from Dr. Guenthner's deposition needs to be removed from the time billed by Dr. Guenthner, then the amount requested should be reduced by $150. The Court will reduce the total amount by $150.

Neither defendant filed any memorandum opposing the amended bill of costs.

1

Accordingly,

IT IS HEREBY ORDERED that plaintiff's amended bill of costs [#658, #659] is GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED that defendants shall pay plaintiff $48,302.58 in costs.

Dated this 17th day of May, 2021.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE