## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 20-3663

John S. Hahn, Special Master

Bader Farms, Inc.

Appellee

Bill Bader

v.

Monsanto Company

BASF Corporation

Appellant

------------------------------

American Seed Trade Association, Incorporated, et al.

Amici on Behalf of Appellant(s)

Missouri Association of Trial Attorneys, et al.

Amici on Behalf of Appellee(s)

No: 20-3665

John S. Hahn, Special Master

Bader Farms, Inc.

Appellee

Bill Bader

v.

Monsanto Company

Appellant

BASF Corporation

------------------------------

American Seed Trade Association, Incorporated, et al.

Amici on Behalf of Appellant(s)

Missouri Association of Trial Attorneys, et al.

Amici on Behalf of Appellee(s)

------

Appeals from U.S. District Court for the Eastern District of Missouri - Cape Girardeau
(1:16-cv-00299-SNLJ)

------

### ORDER

The motion to vacate the order granting BASF Corporation's motion to file the appendix under seal is denied. See *Webster Groves Sch. Dist. v. Pulitzer Pub. Co.*, 898 F.2d 1371, 1376 (8th Cir. 1990).

July 07, 2022

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
          /s/ Michael E. Gans