# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  20-3663
_____

John S. Hahn, Special Master

Bader Farms, Inc.

Plaintiff - Appellee

Bill Bader

Plaintiff

v.

Monsanto Company

Defendant

BASF Corporation

Defendant - Appellant

------------------------------

American Seed Trade Association, Incorporated; Chamber of Commerce of the United States of America; Coalition for Litigation Justice, Inc.; CropLife America; DRI-The Voice of the Defense Bar; Missouri Agribusiness Association; Missouri Chamber of Commerce and Industry; National Association of Manufacturers; Product Liability Advisory Council, Incorporated; Washington Legal Foundation

Amici on Behalf of Appellant(s)

Missouri Association of Trial Attorneys; National Family Farm Coalition; Center for Biological Diversity; Pesticide Action Network; Center for Food Safety; Save Our Crops Coalition

Amici on Behalf of Appellee(s)

_____

No:  20-3665
_____

John S. Hahn, Special Master

Bader Farms, Inc.

Plaintiff - Appellee

Bill Bader

Plaintiff

v.

Monsanto Company

Defendant - Appellant

BASF Corporation

Defendant

------------------------------

American Seed Trade Association, Incorporated; Chamber of Commerce of the United States of America; Coalition for Litigation Justice, Inc.; CropLife America; DRI-The Voice of the Defense Bar; Missouri Agribusiness Association; Missouri Chamber of Commerce and Industry; National Association of Manufacturers; Product Liability Advisory Council, Incorporated; Washington Legal Foundation

Amici on Behalf of Appellant(s)

Missouri Association of Trial Attorneys; National Family Farm Coalition; Center for Biological Diversity; Pesticide Action Network; Center for Food Safety; Save Our Crops Coalition

Amici on Behalf of Appellee(s)

_____

Appeals from U.S. District Court for the Eastern District of Missouri - Cape Girardeau
 (1:16-cv-00299-SNLJ)
_____

**JUDGMENT**

Before SMITH, Chief Judge, BENTON, and KELLY, Circuit Judges.

    This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

    After consideration, it is hereby ordered and adjudged that the judgment of the district court in these causes is affirmed in part, reversed in part, and remanded to the district court for proceedings consistent with the opinion of this court.

    July 07, 2022

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
    /s/ Michael E. Gans